UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:15-CR-21-T-35AEP

FLORIANO FLORESMILO CACIERRA-RUA,
SIDNEY ENRIQUE ANAY-CASTILLO, and
HERNAN GARCIA CABEZAS.

46 U.S.C. §§ 70503 and 70506
21 U.S.C. § 960(b)(1)(B)(ii)
21 U.S.C. §§ 881(a)-(Forfeiture)
28 U.S.C. § 2461(c)-(Forfeiture)
46 U.S.C. § 70507-(Forfeiture)

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

From an unknown date through on or about January 23, 2015, while on board a vessel subject to the jurisdiction of the United States, the defendants,

FLORIANO FLORESMILO CACIERRA-RUA,
SIDNEY ENRIQUE ANAY-CASTILLO, and
HERNAN GARCIA CABEZAS,

each of whom will first enter the United States in the Middle District of Florida, did knowingly and willfully conspire and agree, with each other and with other persons both known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 46, United States Code, Section 70503(a)(1).

In violation of Title 46, United States Code, Sections 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii).

**COUNT TWO**

From an unknown date through on or about January 23, 2015, while on board a vessel subject to the jurisdiction of the United States, the defendants,

FLORIANO FLORESMILO CACIERRA-RUA,
SIDNEY ENRIQUE ANAY-CASTILLO, and
HERNAN GARCIA CABEZAS,

each of whom will first enter the United States in the Middle District of Florida, did knowingly and intentionally possess with intent to distribute, and aid and abet each other and others both known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(a); Title 18, United States Code, Section 2; and Title 21, United States Code, Section 960(b)(1)(B)(ii).

**FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One and Two of this Indictment, each punishable by imprisonment for more than one (1) year, the defendants,

FLORIANO FLORESMILO CACIERRA-RUA,
SIDNEY ENRIQUE ANAY-CASTILLO, and
HERNAN GARCIA CABEZAS,

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(1) through (11) that was used or intended for use to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By:
JAMES C. PRESTON, JR.
Assistant United States Attorney

By:
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

FLORIANO FLORESMILO CACIERRA-RUA,
SIDNEY ENRIQUE ANAY-CASTILLO, and
HERNAN GARCIA CABEZAS.

**INDICTMENT**

Violations:

Title 46, United States Code, Sections 70503 and 70506
Title 21, United States Code, Section 960(b)(1)(B)(ii)

A true bill,

Foreperson

Filed in open court this 29th day

of January, 2015.

Clerk

Bail $________________

GPO 863 525

T:_Criminal Cases\C\Cacierra-Rua, Floriano Flores_2015R_JCP\f_indictment_back.docx